UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KENNETH FILIAK,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MIDAS INTERNATIONAL CORPORATION,** a Delaware corporation and **JOHN DOES** 1-100,<br><br>Defendants. | Case No. 17-cv-00359 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kenneth Filiak and Defendant Midas International Corporation (collectively the "Parties"), by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate and agree that the above-captioned case be dismissed in its entirety, that all claims asserted in this action by Plaintiff in his individual capacity shall be dismissed with prejudice, and to the extent Plaintiff's Complaint purports to allege claims on behalf of other, putatively aggrieved individuals, if any, such individuals' claims shall be dismissed without prejudice. The Parties further stipulate and agree that the Parties shall bear their own costs and attorneys' fees. For the Court's convenience, a proposed order is attached.

Respectfully and Jointly Submitted,

| | |
|---|---|
| KENNETH FILIAK<br><br>By: s/ *[signature]*<br>Steven L. Woodrow<br>swoodrow@woodrowpeluso.com<br>Patrick H. Peluso<br>ppeluso@woodrowpeluso.com<br>Woodrow & Peluso, LLC<br>3900 East Mexico Avenue, Suite 300<br>Denver, CO 80210<br>(720) 213-0675<br><br>***Attorney for Plaintiff***<br><br>Date: June 29, 2017 | MIDAS INTERNATIONAL CORPORATION<br><br>By: s/ *[signature]*<br>Daniel M. Blouin<br>dblouin@seyfarth.com<br>Jordan Vick<br>jvick@seyfarth.com<br>Kevin Mahoney<br>kmahoney@seyfarth.com<br>Seyfarth Shaw LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606<br>(312) 460-5000<br><br>***Attorney for Defendant*** |

UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH FILIAK, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MIDAS INTERNATIONAL CORPORATION, a Delaware corporation and **JOHN DOES** 1-100, <br><br> Defendants. | Case No. 17-cv-00359 |

### [Proposed] ORDER DISMISSING CASE

This cause is before the Court upon the Joint Stipulation of Dismissal with Prejudice filed by the Parties on _____, 2017.

Accordingly, it is: ORDERED AND ADJUDGED: that the above-captioned case be dismissed in its entirety, that all claims asserted in this action by Plaintiff in his individual capacity shall be dismissed with prejudice, and to the extent Plaintiff's Complaint purports to allege claims on behalf of other, putatively aggrieved individuals, if any, such individuals' claims shall be dismissed without prejudice. The Parties shall bear their own costs and attorneys' fees.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** this ___ day of _____, 2017.

_____
Hon. John R. Blakey
United States District Judge

39458458v.1